| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Dana M. Seshens**

Davis Polk & Wardwell LLP    212 450 4855 tel
450 Lexington Avenue         212 701 5855 fax
New York, NY 10017           dana.seshens@davispolk.com

August 6, 2014

Re:    Silberstein v. Aetna Inc., et al., 13-cv-08759 (AJN)(FM)

The Honorable Alison J. Nathan
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Dear Judge Nathan:

We represent Defendants in the above-captioned action. We respectfully write, pursuant to Rule 3(H) of Your Honor's Individual Practices in Civil Cases, to alert the Court that Defendants' pending motion to dismiss has not been scheduled for argument or decided within 60 days of the time when the motion was fully briefed. Defendants' filed their Motion to Dismiss the Amended Complaint on April 25, 2014 (ECF No. 43), and Defendants' Motion to Dismiss was fully briefed as of June 6, 2014 (ECF No. 46 (Plaintiff's Opposition), ECF No. 49 (Defendants' Reply).)

Respectfully submitted,

*Dana M. Seshens*

Dana M. Seshens
*Counsel for Defendants*

By Electronic Filing